```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                         EASTERN DIVISION
```

RONALD FLOWERS                                              PETITIONER

vs.             Civil Case No. 2:08CV00122 HLJ

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                 RESPONDENT

## ORDER

Petitioner's motion to stay pending disposition of <u>Gatewood v. Outlaw</u>, CA 08-2197, (DE #13) is hereby granted.  THE CLERK IS DIRECTED to close this case administratively.

SO ORDERED this 20th day of November, 2008.


                                        _/s/ Henry L. Jones, Jr._____
                                        United States Magistrate Judge